OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET, UNIT 18
WILMINGTON, DELAWARE 19801-3570

OFFICIAL BUSINESS



NEOPOST          FIRST-CLASS MAIL
06/05/2024
US POSTAGE  $000.64⁰

ZIP 19801
041L11255193

Allison Baver
651 N. Broad St STE 205 # 8805
Middletown, De 19709

FILED
JUN 20 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



NIXIE       171    DE 1        0005/17/24
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 19801357099    *1627-23467-06-45

**Utility Events**

1:24-cv-00641-UNA Baver v. Fox Corporation et al

PRO-SE1

U.S. District Court

District of Delaware



FILED
JUN 20 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Notice of Electronic Filing**

The following transaction was entered on 6/5/2024 at 12:49 PM EDT and filed on 6/5/2024
**Case Name:** Baver v. Fox Corporation et al
**Case Number:** 1:24-cv-00641-JLH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case Assigned to Judge Jennifer L. Hall. Please include the initials of the Judge (JLH) after the case number on all documents filed. (rjb)

**1:24-cv-00641-JLH Notice has been electronically mailed to:**

John Leonard Reed    john.reed@dlapiper.com, DocketingBaltimore@dlapiper.com, cheryl.gordon@dlapiper.com, john-reed-5228@ecf.pacerpro.com

**1:24-cv-00641-JLH Filer will deliver document by other means to:**

Allison Baver
651 N. Broad St STE 205 # 8805
Middletown, De 19709