## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALLISON BAVER,                          :
                                        :
            Plaintiff,                  :
                                        :
      v.                                :      Civ. No. 24-641-JLH
                                        :
FOX CORPORATION, et al.,                :
                                        :
            Defendants.                 :

## ORDER TO SHOW CAUSE

At Wilmington on this 19th day of September in 2024, the case having been removed to this Court on May 30, 2024, and Defendants having failed to answer or otherwise plead, and Plaintiff having taken no action since the removal on May 30, 2024;

IT IS HEREBY ORDERED that on or before October 21, 2024, Plaintiff shall show cause why the case should not be dismissed for Plaintiff's failure to prosecute, pursuant to D. Del. LR 41.1.

_____
The Honorable Jennifer L. Hall
United States District Judge