OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET, UNIT 18
WILMINGTON, DELAWARE 19801-3570

OFFICIAL BUSINESS



Allison Baver
131 Continental Dr., Suite 305
Newark, DE 19713

U.S.M.S.
X-RAY



FILED
NOV 12 2024
US DISTRICT COURT
DISTRICT OF DELAWARE

NIXIE   171   FE 1           0011/00/24
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 19801357999        *1727-03343-31-40

Case 1:24-cv-00641-JLH    Document 9    Filed 10/29/24    Page 2 of 2 PageID #: 102

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLISON BAVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-641-JLH |
| | ) | |
| FOX CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FILED NOV 12 2024 US DISTRICT COURT DISTRICT OF DELAWARE**

## ORDER

At Wilmington, on this 29th day of October 2024, having considered Plaintiff's Response (D.I. 6) to the Order to Show Cause (D.I. 5) previously entered in this case, the Court makes the following findings and issues the following Order.

On September 19, 2024, Plaintiff was ordered to show cause on or before October 21, 2024, why this case should not be dismissed for failure to prosecute. On or about October 22, 2024, Plaintiff filed a response (D.I. 6) in which she appears to admit that she has never served Defendants, notwithstanding the fact that this case was originally filed in January 2024 and removed to this Court in June 2024. (*See* D.I. 1.) Plaintiff's response further requests that the Court "extend the service deadline until February 21, 2025." (D.I. 6 at 4.)

Plaintiff's request for an extension of time is **DENIED**, as Plaintiff's filing fails to show good cause for an extension. **On or before November 12, 2024, Plaintiff shall show cause why this case should not be dismissed for failure to effect service on Defendants.** Plaintiff's purported need for additional time to review transcripts from her criminal case is not good cause.

_____
The Honorable Jennifer L. Hall
United States District Judge