

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

John L. Reed
john.reed@us.dlapiper.com
T  302.468.5635
F  302.397.2143

December 12, 2024

### *VIA CMECF AND HAND DELIVERY*

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

      Re:    *Baver v. Fox Corp., et al.*,
               C.A. No. 1:24-cv-00641-JLH

Dear Judge Hall,

I am writing to alert the Court that Defendants in the referenced action intend to file a short response to the filing Plaintiff made yesterday responding to the Court's Order to Show Cause of November 27, 2024. Defendants respectfully submit that their response will be useful to the Court and will show that the case should be dismissed for failure to effect service. Among other points, it will address certain misstatements in Plaintiff's filing about the procedural history of the case that may otherwise cause confusion.

In making this filing, Defendants expressly preserve and do not waive their position that the case should be dismissed with prejudice for failure to effect service. Defendants propose to submit their filing no later than 10:00 am on Monday, December 16, and earlier if possible.

Respectfully Submitted,

*/s/ John L. Reed* (I.D. No. 3023)

John L. Reed
JLR:cg

cc:    Allison Baver, *pro se*
        media@allisonbaver.com

        Patrick F. Philbin, Esq.
        pphilbin@torridonlaw.com