**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **ALLISON BAVER**,<br><br>            Plaintiff,<br><br>        v.<br><br>**FOX CORPORATION, FOX NEWS NETWORK, LLC, and MEGAN HENNEY**,<br><br>            Defendants. | Civil Action No.: 1:24-cv-00641-JLH |

**~~[PROPOSED]~~ ORDER**

At Wilmington this __16th__ day of June, 2025, having read and considered Defendants Fox Corporation and Fox News Network, LLC's Unopposed Motion to Extend Deadline to Respond to Plaintiff's Amended Complaint;

IT IS HEREBY ORDERD THAT the request for an extension is **GRANTED**.  The date by which Defendants Fox Corporation and Fox News Network, LLC must respond to the Amend Complaint (D.I. 12) is extended to August 8, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge