# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALLISON BAVER**,<br><br>                    Plaintiff,<br><br>        v.<br><br>**FOX CORPORATION, FOX NEWS NETWORK, LLC, and MEGAN HENNEY**,<br><br>                    Defendants. | Civil Action No.: 1:24-cv-00641-JLH |

## [PROPOSED] ORDER

At Wilmington this __16th__ day of June, 2025, having read and considered Defendants' Motion for Increased Page Limit, any response thereto, and any reply in support;

IT IS HEREBY ORDERD THAT that the request for an increased page limit is **GRANTED**.  Defendants will be permitted to file a joint motion to dismiss of up to 25 pages.

_____
The Honorable Jennifer L. Hall
United States District Judge