IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLISON BAVER,<br><br>     *Plaintiff*,<br><br>  v.<br><br>FOX CORPORATION, FOX NEWS NETWORK, LLC, and MEGAN HENNEY,<br><br>     *Defendants*. | Civil Action No.: 1:24-cv-00641 |

## [PROPOSED] ORDER

  At Wilmington this __5th__ day of __September__, 2025, having read and considered the Motion to Extend the Deadline to Reply to Plaintiff's Opposition to the Motion to Dismiss by Defendants Fox Corporation, Fox News Network, LLC, and Megan Henney;

  IT IS HEREBY ORDERED THAT the request for an extension is **GRANTED**. The date by which Defendants Fox Corporation, Fox News Network, LLC, and Megan Henney must respond to Plaintiff's Opposition to the Motion to Dismiss (D.I. 48) is extended to October 17, 2025.

                 _____
                  The Honorable Jennifer L. Hall
                  United States District Judge