IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLISON BAVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-641 (JLH) |
| | ) |
| FOX CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 18th day of December, 2025, having reviewed and considered *pro se* Plaintiff Allison Baver's motion to stay proceedings, or in the alternative, motion for extension of time to respond to Defendants' motion to dismiss (D.I. 56),

IT IS HEREBY ORDERED that Plaintiff's motion (D.I. 56) is **GRANTED** in part and **DENIED** in part as follows:

1. Plaintiff is **GRANTED** an extension of time to respond to Defendants' August 8, 2025 motion to dismiss (D.I. 48). Plaintiff shall file her response **on or before December 31, 2025**. Failure to file a responsive brief on or before December 31, 2025, will result in Defendants' motion being granted as unopposed.

2. Plaintiff's motion (D.I. 56) is otherwise **DENIED**.

_____
The Honorable Jennifer L. Hall
United States District Judge