# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALLISON BAVER**, *Plaintiff*, v. **FOX CORPORATION, FOX NEWS NETWORK, LLC, and MEGAN HENNEY**, *Defendants*. | Civ. Action No.: 1:24-cv-00641-JLH |

## [PROPOSED] ORDER

At Wilmington this __5th__ day of February, 2026, having read and considered Defendants' Motion for 7-Day Extension of Time and Increased Page Limit, any response thereto, and any reply in support;

IT IS HEREBY ORDERED THAT the request for a 7-day extension and an increased page limit is **GRANTED**. Defendants will be permitted to file a consolidated motion to dismiss on February 17, 2026 of up to 25 pages.

_____
The Honorable Jennifer L. Hall
United States District Judge