IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLISON BAVER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 24-641-JLH |
| | : |
| FOX CORPORATION, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, this 4th day of March 2026, having considered Plaintiff's Motion for an Extension of Time to File an Answering Brief to Defendants' Motion to Dismiss (D.I. 72);

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension is **GRANTED-in-part**.

2. Plaintiff shall file her response on or before March 25, 2026.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE