IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALLISON BAVER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : Civil Action No. 24-641-JLH | |
| | : | |
| FOX CORPORATION, *et al.,* | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington, this 24th day of March 2026, having considered Plaintiff's Motion for an

Extension of Time to File an Answering Brief to Defendants' Motion to Dismiss and Additional

Pages (D.I. 74);

IT IS HEREBY ORDERED that:

1.      Plaintiff's request for an extension is **GRANTED**.

2.      Plaintiff shall file her response on or before April 15, 2026, and that response may

be up to 25 pages in length.

3.      No further extensions will be granted.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE