**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ALLISON BAVER,** | **)** | |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | Civ. Action No.: 1:24-cv-00641-JLH |
| | **)** | |
| **FOX CORPORATION, FOX NEWS** | **)** | |
| **NETWORK, LLC, and MEGAN** | **)** | |
| **HENNEY,** | **)** | |
| | **)** | |
| Defendants. | **)** | |

**<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1</u>**

Pursuant to Local Rule 7.1.1, undersigned counsel certifies that a reasonable effort has been made to reach agreement with opposing counsel regarding the matters set forth in Plaintiff's Motion for Leave to File Third Amended Complaint or, in the Alternative, Motion for an Extension of Time to File Her Response to Defendants' Second Motion to Dismiss (DI #77). Despite good faith efforts to confer, the parties have been unable to reach agreement, and the motion has been filed accordingly.

OF COUNSEL:

| | |
|---|---|
| _____*/s/ Richard Saldinger*_____ | By: ___*James J. Merkins*___ |
| Richard Saldinger (*pro hac vice*) | James J. Merkins (DE I.D. No. 4377) |
| LANDSMAN, SALDINGER, CARROLL, PLLC | 3411 Silverside Road |
| 181 w. Madison St., | Suite 104B, Office 251 |
| Ste. 4700 | Wilmington, DE 19810 |
| Chicago, IL 60602 | 610.430.8000 |
| saldinger@lsclegal.com | jmerkins@lambmcerlane.com |
| | *Attorney for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ALLISON BAVER, )
)
Plaintiff, )
)
v. ) Civ. Action No.: 1:24-cv-00641-JLH
)
FOX CORPORATION, FOX NEWS )
NETWORK, LLC, and MEGAN )
HENNEY, )
)
Defendants. )

## CERTIFICATE OF SERVICE

I, James J. Merkins, do hereby certify that on this 17th day of April, 2026, I caused true and correct copies of the Certification of Counsel Pursuant to Local Rule 7.1.1 regarding Plaintiff's Motion for Leave to File Third Amended Complaint or, in the Alternative, Motion for an Extension of Time to File Her Response to Defendants' Second Motion to Dismiss (DI #77) to be electronically filed and served with the Clerk of the Court using the CM/ECF system and by electronic mail at the addresses listed below:

John L. Reed, Esquire DLA
Piper LLP
1201 N. Market Street
Ste. 2100
Wilmington, DE 19801
John.reed@us.dlapiper.com

Patrick F. Philbin, Esquire
Kyle T. West, Esquire
Chase T. Harrington, Esquire
Torridon Law, PLLC
801 Seventeenth St. N.W. Suite 1100
Washington, DC 20006
pphilbin@torridonlaw.com
kwest@torridonlaw.com
charrington@torridonlaw.com

OF COUNSEL:

/s/ Richard Saldinger
Richard Saldinger (*pro hac vice*)
LANDSMAN, SALDINGER, CARROLL, PLLC
181W. Madison St.
Ste. 4700
Chicago, IL 60602
saldinger@lsclegal.com

By: James J. Merkins
James J. Merkins (DE I.D. No. 4377)
3411 Silverside Road
Suite 104B, Office 251
Wilmington, DE 19810
610.430.8000
jmerkins@lambmcerlane.com
*Attorney for Plaintiff*