| | |
|---|---|
| ALLISON BAVER,<br><br>        Plaintiff,<br><br>        v.<br><br>FOX CORPORATION, FOX NEWS<br>NETWORK, LLC, and MEGAN<br>HENNEY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. Action No.: 1:24-cv-00641-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT CONCERNING LOCAL RULE 7.1.1 CERTIFICATIONS

Plaintiff, by and through undersigned counsel, respectfully responds to Defendants' Statement (D.I. 84) as it relates to Plaintiff's Motion for Leave to File a Third Amended Complaint (D.I. 77).

Plaintiff acknowledges that the motion filed on April 15, 2026 (D.I. 77) did not include the averment required by Local Rule 7.1.1. On April 16, 2026, the Court entered a docket notice directing that such an averment be filed. Plaintiff's counsel did not become aware of that entry until April 17, 2026.

Upon recognizing the omission and the Court's directive, Plaintiff's counsel promptly contacted Defendants' counsel on April 17, 2026 to confer regarding the motion and promptly thereafter filed the required certification on April 17, 2026. By that time, however, Defendants had already filed their opposition to the Motion for Leave to Amend (D.I. 81) on April 16, 2026, making their position clear. In that posture, further meet-and-confer efforts were reasonably understood to be unlikely to alter Defendants' position, but counsel nonetheless initiated contact in an effort to comply with the Rule.

1

Plaintiff acknowledges that Local Rule 7.1.1 contemplates oral communication and that a telephone call would have been preferable. Counsel will ensure strict compliance with that requirement going forward.

Defendants' suggestion that Plaintiff's certification reflects any lack of candor is unfounded. The certification was submitted in good faith after counsel became aware of the Court's directive and after initiating contact with opposing counsel, in an effort to cure the omission. Defendants suffer no prejudice—particularly given that they filed a full opposition to the motion before any meet-and-confer occurred. Moreover, in their Opposition Statement (Dkt. 84), Defendants clearly state "for the avoidance of doubt Defendants oppose both of Plaintiff's motions."

Plaintiff respectfully submits that any technical noncompliance has been cured and does not provide a basis to deny the motion.

<div style="margin-left:50%">

Respectfully submitted,

LAMB MCERLANE PC

</div>

| OF COUNSEL: | By: *James J. Merkins* |
|---|---|
| Richard Saldinger (*pro hac vice*) | James J. Merkins (DE I.D. No. 4377) |
| LANDSMAN, SALDINGER, CARROLL, PLLC | 3411 Silverside Road |
| 181 w. Madison St., Ste. 4700 | Suite 104B, Office 251 |
| Chicago, IL 60602 | Wilmington, DE 19810 |
| 312.291.4650 | 610.430.8000 |
| saldinger@lsclegal.com | jmerkins@lambmcerlane.com |
| | *Attorneys for Plaintiffs* |

Dated: April 20, 2026

| | |
|---|---|
| **ALLISON BAVER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No.: 1:24-cv-00641-JLH |
| | ) |
| **FOX CORPORATION, FOX NEWS** | ) |
| **NETWORK, LLC, and MEGAN** | ) |
| **HENNEY,** | ) |
| | ) |
| Defendants. | ) |

## <u>CERTIFICATE OF SERVICE</u>

I, James J. Merkins, do hereby certify that on this 20th day of April, 2026, I caused true and correct copies of the forgoing **PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT CONCERNING LOCAL RULE 7.1.1 CERTIFICATIONS** regarding Plaintiff's Motion for Leave to File Third Amended Complaint or, in the Alternative, Motion for an Extension of Time to File Her Response to Defendants' Second Motion to Dismiss (DI #77) to be electronically filed and served with the Clerk of the Court using the CM/ECF system and by electronic mail at the addresses listed below:

John L. Reed, Esquire DLA
Piper LLP
1201 N. Market Street
Ste. 2100
Wilmington, DE 19801
john.reed.@us.dlapiper.com

Patrick F. Philbin, Esquire
Kyle T. West, Esquire
Chase T. Harrington, Esquire
Torridon Law, PLLC
801 Seventeenth St. N.W. Suite 1100
Washington, DC 20006
pphilbin@torridonlaw.com
kwest@torridonlaw.com
charrington@torridonlaw.com

Respectfully submitted,

LAMB MCERLANE PC

OF COUNSEL:

Richard Saldinger (*pro hac vice*)

LANDSMAN, SALDINGER, CARROLL, PLLC

181 w. Madison St., Ste. 4700

Chicago, IL 60602

312.291.4650

saldinger@lsclegal.com

By: *James J. Merkins*

James J. Merkins (DE I.D. No. 4377)

3411 Silverside Road

Suite 104B, Office 251

Wilmington, DE 19810

610.430.8000

jmerkins@lambmcerlane.com

*Attorneys for Plaintiffs*