**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ALLISON BAVER,

   Plaintiff,

  v.

FOX CORPORATION, FOX NEWS
NETWORK, LLC, and MEGAN HENNEY,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-641-JLH

**ORDER**

At Wilmington this 11th day of August, 2026;

WHEREAS, Plaintiff filed this action in May 2024, alleging defamation and other claims arising from a 2022 article that reported on Plaintiff's indictment by a federal grand jury for making false statements to a bank and money laundering;[1]

WHEREAS, on August 8, 2025, Defendants filed a Motion to Dismiss the Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) for Failure to State a Claim and 12(b)(2) for Lack of Personal Jurisdiction (D.I. 48);

WHEREAS, on August 25, 2025, the Court granted Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (D.I. 51) and extended the deadline for Plaintiff to respond to September 26, 2025 (D.I. 52);

WHEREAS, on September 25, 2025, Plaintiff filed a Motion to Stay Proceedings or in the Alternative Motion for Extension of Time to Respond to Defendant's [sic] Motion to Dismiss (D.I.

---

[1] In 2023, a jury in the United States District Court for the District of Utah found Plaintiff guilty of making false statements to a bank, money laundering, and contempt. *See United States v. Baver*, No. 21-cr-520-JNP, D.I. 179 (D. Utah July 13, 2023).

56); on December 18, 2025, the Court granted the motion in part, and extended the deadline for Plaintiff to respond to Defendants' Motion to Dismiss to December 31, 2025 (D.I. 60);

WHEREAS, on January 2, 2026, Plaintiff's Limited Response to Defendants' Motion to Dismiss and Alternative Motion for Leave to Amend Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2), dated December 30, 2025, was docketed (D.I. 61);

WHEREAS, on January 6, 2026, the Court granted Defendants' Motion to Dismiss as unopposed and granted Plaintiff's request for leave to amend (D.I. 62);

WHEREAS, on January 23, 2026, Plaintiff filed the Second Amended Complaint (D.I. 63);

WHEREAS, on February 17, 2016, Defendants filed a Motion to Dismiss the Second Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) for Failure to State a Claim and 12(b)(2) for Lack of Personal Jurisdiction (D.I. 68);

WHEREAS, on March 3, 2026, Plaintiff filed a Motion to Extend Time to Respond to Defendants [sic] Motion to Dismiss the Second Amended Complaint (D.I. 72);

WHEREAS, on March 4, 2026, the Court granted-in-part Plaintiff's Motion to Extend Time to Respond to Defendants [sic] Motion to Dismiss the Second Amended Complaint and ordered Plaintiff to file her response on or before March 25, 2026 (D.I. 73);

WHEREAS, on March 23, 2026, Plaintiff filed a Motion for Twenty-One Day Extension of Time and Five-Page Extension on Plaintiff's Response to Defendants' Motion to Dismiss (D.I. 74);

WHEREAS, on March 24, 2026, the Court granted Plaintiff's Motion for Twenty-One Day Extension of Time and Five-Page Extension on Plaintiff's Response to Defendants' Motion to Dismiss; the Court also ordered that "[n]o further extensions will be granted" (D.I. 76);

2

WHEREAS, on April 15, 2026, Plaintiff—who was at that point represented by counsel—filed a Motion for Leave to File Third Amended Complaint or, in the Alternative, Motion for an Extension of Time to File Her Response to Defendants' Second Motion to Dismiss (D.I. 77, "Plaintiff's Motion");

WHEREAS, the Court finds that Plaintiff's Motion did not comply with D. Del. LR 7.1.1 (*see* D.I. 84), and Plaintiff's Motion can and will be denied for that reason alone;

WHEREAS, Plaintiff's Motion did not attach a proposed amended pleading as required by D. Del. LR 15.1, and her request for leave to amend can and will be denied for that independent reason;

WHEREAS, to date, Plaintiff has not filed a proposed Third Amended Complaint;

WHEREAS, to date, Plaintiff has not explained how any proposed Third Amended Complaint would remedy the deficiencies identified in Defendants' Motion to Dismiss, and her request for leave to amend can and will be denied for that additional, independent reason;

WHEREAS, Plaintiff's Motion alternatively seeks an extension of time to respond to Defendants' Motion to Dismiss (D.I. 77 ¶ 22), but that request can and will be denied for the independent reason that the Court previously ordered that "[n]o further extensions will be granted" (D.I. 76);

WHEREAS, Plaintiff has not otherwise responded to Defendants' Motion to Dismiss (D.I. 68);

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.    Plaintiff's Motion for Leave to File Third Amended Complaint or, in the Alternative, Motion for an Extension of Time to File Her Response to Defendants' Second Motion to Dismiss (D.I. 77) is DENIED.

2.      Defendants' Motion to Dismiss the Second Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) for Failure to State a Claim and 12(b)(2) for Lack of Personal Jurisdiction (D.I. 68) is GRANTED as unopposed.

3.      The Clerk of Court is directed to CLOSE the case.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE